1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8

THOMAS A. WALLING,

9

Plaintiff,

v.

10

11

MICHAEL J. ASTRUE, Commissioner of the
Social Security Administration,

12

Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case No. C11-5204 JRC

**ORDER GRANTING APPLICATION
TO PROCEED IN FORMA PAUPERIS**

13

14

15

Plaintiff's application to proceed in forma pauperis as amended (ECF No. 3) is

GRANTED.  (ECF No. 1 is stricken, as incorrect documents filed.)  Plaintiff does not appear to

have funds available to afford the $350.00 filing fee.

16

17

18

19

The Clerk of Court is directed to issue summonses submitted by plaintiff to enable proper

service of the complaint on the appropriate parties.  **It is the responsibility of plaintiff and**

**plaintiff's attorney to properly serve copies of the complaint along with appropriate**

**summonses as required by Rule 4 of the Federal Rules of Civil Procedure.**

20

DATED this 11th day of April, 2011.

21

22

23

_____
J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1