UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THOMAS WALLING,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>　　　　Defendant. | CASE NO. 3:11-cv-05204 JRC<br><br>ORDER AMENDING THE SCHEDULING ORDER AND GRANTING COUNSEL'S MOTION TO WITHDRAW |

Based on Plaintiff's Motion (ECF No. 16), and with no objection from Defendant, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

Plaintiff shall have up to and including January 4, 2012 to file opening brief;

Defendant shall have up to and including February 1, 2012, to file responsive brief;

Plaintiff shall have up to and including February 15, 2012, to file a reply brief; and

Oral argument, if desired, shall be requested by February 22, 2012.

Plaintiff's counsel has also moved to withdraw from representation of plaintiff (ECF No. 16). The Court grants counsel's motion to withdraw and allows plaintiff to continue pro se. The Court directs withdrawing counsel to provide current contact information for the plaintiff.

The Clerk is directed to send a copy of this Order, along with the Court's pro se instructions to plaintiff at his last known address.

DATED this 9th day of November, 2011.

　　　　　　　　　　　　　　　　　　　／s／ J. Richard Creatura
　　　　　　　　　　　　　　　　　　　J. Richard Creatura
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER - 1