# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| THOMAS A. WALLING,<br><br>　　Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br>　　Defendant | Civil No. 3:11-cv-05204 JRC<br><br>ORDER GRANTING EXTENSION AND AMENDING BRIEFING SCHEDULE |

Based on the Plaintiff's Motion (ECF No. 19) and there being no objection by Defendant, it is hereby ORDERED that the briefing schedule shall be amended as follows:

- Plaintiff shall file an Opening Brief on or before March 5, 2012;
- Defendant shall file a Response to the Opening Brief on or before April 2, 2012;
- Plaintiff shall file the optional Reply Brief on or before April 16, 2012; and
- Oral argument, if desired, shall be requested by April 23, 2012.

DATED this 30th day of January, 2012.

_____
J. Richard Creatura
United States Magistrate Judge